# IN THE SUPREME COURT OF PENNSYLVANIA
## MIDDLE DISTRICT

| | | |
|---|---|---|
| GLUE WILKINS, | : | No. 29 MAP 2017 |
| | : | |
| Appellant | : | |
| | : | Appeal from the Order of the |
| v. | : | Commonwealth Court at No. 209 MD 2017 |
| | : | entered May 30, 2017, exited May 31, |
| MS. JENNIFER L. TRAXLER, ESQUIRE, | : | 2017 |
| DEPUTY COURT ADMINISTRATOR | : | |
| SUPERIOR COURT OF | : | |
| PENNSYLVANIA, | : | |
| | : | |
| Appellee | : | |

## <u>ORDER</u>

**PER CURIAM**

   **AND NOW**, this 14th day of August, 2017, the Notice of Appeal is quashed.